UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| LEMMIE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:05CV00068 AGF |
| | ) |
| MISSOURI DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The above cause was assigned to the undersigned United States Magistrate Judge by random selection pursuant to Local Rule 2.08 for the United States District Court, Eastern District of Missouri. Under the local rules, when a case is so assigned to a magistrate judge, each party is required to sign and file with the Clerk of the Court a form indicating whether they consent to the magistrate judge assignment or opt to have the case reassigned to a district judge.

The Clerk of the Court has informed the undersigned that a deadline for the filing of the consent/opt out forms by one of the parties in this case has passed and the party has not yet filed the form.

Therefore,

IT IS HEREBY ORDERED that this cause be randomly reassigned by the Clerk of the Court to a United States District Judge for all further proceedings.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of April, 2006.